1  JAMES P. SHEA (State Bar No. 162483)
   LAW OFFICE OF JAMES P. SHEA
2  5055 Wilshire Blvd., Suite 830
   Los Angeles, CA 90036
3  Telephone: 323-954-9605
   Fax: 323-954-9012
4  E-mail: lawoffice5055@aol.com

5  Attorney for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                 WESTERN DIVISION

11

12  DENNIS GRAYSON,                    )  NO. 2:15-CV-02339-MRW
                                       )
13           Plaintiff,                )  **ORDER AWARDING EQUAL
                                       )  ACCESS TO JUSTICE ACT
14      vs.                            )  ATTORNEY FEES PURSUANT
                                       )  TO 28 U.S.C.   § 2412(d), AND
15  CAROLYN W. COLVIN, Acting          )  COSTS PURSUANT TO 28 U.S.C.
    Commissioner of Social Security,   )  § 1920**
16                                     )
         Defendant.                    )
17                                     )
    _____)
18

19      IT IS ORDERED that EAJA fees are awarded in the amount of seven

20  thousand dollars and no cents ($7,000.00), and costs pursuant to 28 U.S.C. § 1920 in

21  the amount of four hundred dollars and no cents ($400.00), subject to the provisions

22  of the EAJA and subject to the terms of the stipulation between the parties.

23

24  Dated: June 23, 2016        _____

25                              HON. MICHAEL R. WILNER
                                UNITED STATES MAGISTRATE JUDGE
26

27

28